# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**K.J. BRUBAKER, M.C. HOLIFIELD, T.P. BELSKY**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**JIMI MARTIN**
**STAFF SERGEANT (E-6), U.S. MARINE CORPS**

**NMCCA 201400415**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged:** 8 July 2014.
**Military Judge:** Col M.B. Richardson, USMC.
**Convening Authority:** Commanding General, Training Command, Quantico, VA.
**Staff Judge Advocate's Recommendation:** LtCol M.E. Sayegh, USMC.
**For Appellant:** LT Christopher C. McMahon, JAGC, USN.
**For Appellee:** Mr. Brian K. Keller, Esq.

**31 March 2015**

---------------------------------------------------
### OPINION OF THE COURT
---------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court